UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. CV 07-7216-AHS (JCR) | | Date   June 3, 2008 |
| Title   LUIS MANUEL CARDENAS-v-ANTHONY HEDGPETH, WARDEN | | |

Present: The Honorable   JOHN RAYBURN, JR., U. S. MAGISTRATE JUDGE

| DEB TAYLOR | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings: (IN CHAMBERS) **ORDER GRANTING RESPONDENT'S EX PARTE APPLICATION FOR EXTENSION OF TIME**   [filed 6/2/08]

    The Court has received and reviewed Respondent Hedgpeth's Application For Extension of Time, filed on June 2, 2008.  The Court notes that this is Respondent's *fourth* application for additional time to file his answer.  The Court hereby GRANTS the application, but Respondent is notified that no additional continuances will be granted absent compelling justification.

Initials of Preparer   dts