UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUIS MANUEL CARDENAS, | CASE NO. CV 07-7216 AHS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| ANTHONY HEDGPETH, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: May 10, 2011

ALICEMARIE H. STOTLER
ALICEMARIE H. STOTLER
United States District Judge